IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hinds, Daniel A

Printed: 10/2/07

Case Number: 07 B 06963
Judge: Wedoff, Eugene R
Filed: 4/18/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 16, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 650.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 614.90 |
| Trustee Fee: |  | 35.10 |
| Other Funds: |  | 0.00 |
| Totals: | 650.00 | 650.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,774.00 | 614.90 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 17,150.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 4,580.09 | 0.00 |
| 6. | Capital One | Unsecured | 452.71 | 0.00 |
| 7. | RMI/MCSI | Unsecured | 500.00 | 0.00 |
| 8. | HSBC Taxpayer Financial Services | Unsecured | 5,574.37 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 850.83 | 0.00 |
| 10. | I C Systems Inc | Unsecured | 127.00 | 0.00 |
| 11. | Illinois Dept Of Employment Sec | Unsecured | 4,437.00 | 0.00 |
| 12. | First Revenue Assurance | Unsecured |  | No Claim Filed |
| 13. | Nicor Gas | Unsecured |  | No Claim Filed |
| 14. | RMI/MCSI | Unsecured |  | No Claim Filed |
|  |  |  | $ 35,446.00 | $ 614.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 35.10 |
|  | $ 35.10 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hinds, Daniel A | Case Number:  07 B 06963 |
| | Judge:  Wedoff, Eugene R |
| Printed:  10/2/07 | Filed:  4/18/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*/s/ Denise Ashley*